# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**SAMIREH KHAVARI,**

    **Plaintiff,**

**vs.**     **Civil No.  03-988 ACT**

**STUART ANDERSON BLACK ANGUS,**

    **Defendant.**

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 16 2004

Norman H. Meyer, Jr.
Acting Clerk of Court

## SPECIAL VERDICT FORM

50

# SPECIAL VERDICT FORM

Question No. 1(A):

Was there an implied contract between Plaintiff and Defendant that Plaintiff would be re-hired?

Answer: __YES__ (Yes or No)

If the answer to Question No. 1(A) is "Yes," answer Question No. 1(B). If the answer to Question No. 1(A) is "No," you are not to answer further questions. Your foreperson must sign this special verdict, which will be your verdict for the Defendant and against the Plaintiff, and you will all return to open court.

Question No. 1(B):

Did Defendant breach the implied contract to re-hire Plaintiff?

Answer: __YES__ (Yes or No)

If your answer to Question No. 1(B) is "No" you are not to answer further questions. Your foreperson must sign this special verdict, which will be your verdict for the Defendant and against the Plaintiff, and you will all return to open court.

If your answer to Questions No. 1(B) is "Yes," you are to answer Question No. 2.

Question No. 2:

Did Defendant's conduct cause damage to Plaintiff?

Answer: __YES__ (Yes or No)

If the answer to Question No. 2 is "No," you are not to answer further questions. Your foreperson must sign this special verdict, which will be your verdict for the Defendant and against the Plaintiff, and you will all return to open court.

If the answer to Question No. 2 is "Yes," also answer Question No. 3.

Question No. 3:

In accordance with the damage instructions given by the court, we find the damages suffered by Plaintiff to be:

$ 7770.00

_____
Foreperson  GEORGE MOORE